AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

F I L E [D]
OCT 23 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| (SEE BELOW) | ) | Case No. 1:09MJ 734 |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of _____ in the county of _____ in the _____ District of _____, the defendant violated ____ U. S. C. § _____, an offense described as follows:

On or from March 2009 to September 3, 2009, in the county of Fairfax in the Eastern District of Virginia, the defendants Uriel Evencio Sandoval-Covarrubias a/k/a "Amigo" a/k/a "Bale", Aquiles Fuentes Ordas a/k/a "Claty", Danis Francisco Romero Lopez a/k/a "Danny", and Alejandro Hernandez violated 21, U.S.C. §§ 841 (a)(1) & 846, an offense described as the following: unlawfully, knowingly, and intentionally conspire, confederate and agree with each other and others known and unknown to distribute 500 or more grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance,

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Donald E. Dockendorff, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/23/2009

City and state: Alexandria, Virginia

/s/
John F. Anderson
United States Magistrate Judge

Approved by SAUSA Patrick McDade