JS 45 (01/2008)

**REDACTED**

| **Criminal Case Cover Sheet** | | **U.S. District Court** |
|---|---|---|

**Place of Offense:**    Under Seal: Yes ___ No x ___    Judge Assigned: JFA
City _____    Superseding Indictment _____    Criminal Number: _____
County/Parish  Fairfax    Same Defendant _____    New Defendant  x
                                    Magistrate Judge Case Number  1:09mj 734    Arraignment Date: _____
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____
                                    Related Case Name and No: _____

**Defendant Information:**

Juvenile — Yes ___ No  x ___ FBI #  765401ED2
Defendant Name: Uriel Evencio Sandoval-Covarrubias    Alias Name(s) Amigo, Bale
Address:  Marshall, VA
Employment: _____
Birth date 1985    SS# 1283    Sex  M Def Race _____ Nationality _____ Place of Birth _____
Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____
   Interpreter: x  No ___ Yes  List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody    ___ On Pretrial Release    x  Not in Custody
 x  Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested
___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____
Address: _____    ___ Retained
Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

SAUSA  Patrick McDade    Telephone No:  703-299-3934    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Special Agent Donald E. Dockendorff, ATF

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) & 846 | Conspiracy to Distribute 500 Grams or More of Cocaine | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date:  10/22/09    Signature of SAUSA: _____

JS 45 (01/2008)

**REDACTED**

**Criminal Case Cover Sheet**                                              **U.S. District Court**

**Place of Offense:**           Under Seal: Yes ___ No x ___    Judge Assigned: JFA

City _____ Superseding Indictment ____ Criminal Number: _____

County/Parish Fairfax ____ Same Defendant ____ New Defendant  x _____

                              Magistrate Judge Case Number 1:09mj 734 ___ Arraignment Date: _____

                              Search Warrant Case Number _____

                              R 20/R 40 from District of _____

                              Related Case Name and No: _____

**Defendant Information:**

Juvenile — Yes ___ No x ___ FBI # 830978XB6 _____

Defendant Name: Aquiles Fuentes Ordas ____ Alias Name(s) Claty _____

Address: Manassas, VA _____

Employment: _____

Birth date 1977 ____ SS# 1284 ____ Sex M Def Race ____ Nationality ____ Place of Birth ____

Height ____ Weight ____ Hair ____ Eyes ____ Scars/Tattoos _____

     Interpreter: x No ___ Yes List language and/or dialect: ____ Automobile Description ____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    x Not in Custody

x Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____ ___ Court Appointed    Counsel conflicted out: _____

Address: _____ ___ Retained

Telephone: _____ ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

SAUSA Patrick McDade ____ Telephone No: 703-299-3934 ____ Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Special Agent Donald E. Dockendorff, ATF _____

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) & 846 | Conspiracy to Distribute 500 Grams or More of Cocaine | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 10/23/09    Signature of SAUSA: _____

JS 45 (01/2008)

**REDACTED**

**Criminal Case Cover Sheet**                                                                **U.S. District Court**

**Place of Offense:**          Under Seal: Yes ___ No x___     Judge Assigned: JFA
City _____ Superseding Indictment ___     Criminal Number: _____
County/Parish Fairfax     Same Defendant ___         New Defendant  x _____
                          Magistrate Judge Case Number 1:09mj 734   Arraignment Date: _____
                          Search Warrant Case Number _____
                          R 20/R 40 from District of _____
                          Related Case Name and No: _____

**Defendant Information:**
Juvenile – Yes ___ No x   FBI # 765661ED1 _____
                Danis Fransisco Romero
Defendant Name: Lopez_____ Alias Name(s) Danny_____
Address: Manassas, VA_____
Employment: _____
Birth date 1986_____ SS# 9286_____ Sex MDef Race _____ Nationality _____ Place of Birth _____
Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____
    Interpreter: x No ___ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody    ___ On Pretrial Release    x  Not in Custody
 x  Arrest Warrant Requested    ___ Fugitive                ___ Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought        ___ Bond _____

**Defense Counsel Information:**
Name: _____     ___ Court Appointed    Counsel conflicted out: _____
Address: _____  ___ Retained           _____
Telephone: _____ ___ Public Defender   Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
SAUSA Patrick McDade   Telephone No: 703-299-3934    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
Special Agent Donald E. Dockendorff, ATF

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) & 846 | Conspiracy to Distribute 500 Grams or More of Cocaine | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 10/22/09    Signature of SAUSA: _____

JS 45 (01/2008)

**REDACTED**

## Criminal Case Cover Sheet                                                                                                     U.S. District Court

**Place of Offense:**            Under Seal: Yes ___ No x___    Judge Assigned: JFA

City _____   ___Superseding Indictment    ___Criminal Number: _____

County/Parish Fairfax   ___Same Defendant    ___New Defendant    x _____

Magistrate Judge Case Number  1:09mj 734  Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No x___  FBI #  30648NA5 _____

Defendant Name: Alejandro Hernandez    Alias Name(s) _____

Address: _____

Employment: _____

Birth date 1981   SS# 7823   Sex M Def Race ____  Nationality ____  Place of Birth ____

Height ____ Weight ____ Hair ____ Eyes ____ Scars/Tattoos ____

Interpreter: x No ___ Yes List language and/or dialect: ____  Automobile Description ____

**Location Status:**

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody    ___On Pretrial Release    x___Not in Custody

x___Arrest Warrant Requested    ___Fugitive    ___Summons Requested

___Arrest Warrant Pending    ___Detention Sought    ___Bond _____

**Defense Counsel Information:**

Name: _____    ___Court Appointed    Counsel conflicted out: _____

Address: _____    ___Retained    _____

Telephone: _____    ___Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

SAUSA Patrick McDade    Telephone No: 703-299-3934    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Special Agent Donald E. Dockendorff, ATF

**U.S.C. Citations:**

|         | Code/Section            | Description of Offense Charged                          | Count(s) | Capital/Felony/Misd/Petty |
|---------|-------------------------|---------------------------------------------------------|----------|---------------------------|
| Set 1   | 21 USC 841(a)(1) & 846  | Conspiracy to Distribute 500 Grams or More of Cocaine   | 1        | Felony                    |
| Set 2   |                         |                                                         |          |                           |
| Set 3   |                         |                                                         |          |                           |

(May be continued on reverse)

Date: 10/22/09    Signature of SAUSA: _____