Judge: __Hilton__     **SENTENCING**     Date: __6/11/10__
Reporter: __Westfall__                    Time: __9:10__ to __9:25__
Interpreter __T. Herrera__                Language: __Spanish__

Cr. # __1:09cr00502__              AUSA: __Lisa Owings__
U.S. v. __Alejandro Hernandez__    Defense: __Frank Salvato__

Dft's obj. to PSIR heard - Court finds the role in the offense and the adjustment for obstruction to be appropriate.

Court finds the Guideline Range to be properly assessed at __70__ to __87__ months.

**Sentence Imposed:**

__70__   Months imprisonment

__4__    Years supervised release

**Conditions of Supervised Release/Probation:**
____ Substance abuse testing/treatment at direction of PO
✔ Cooperate w/any orders/directives of the Bureau of Immigration and Customs Enforcement
____ Pay the restitution in monthly installments of $____ to commence within 60 days after release from confinement.
____ No new credit
____ Allow PO access to financial info.
____ Serve a term of ____ months home confinement:   (   ) with electronic monitoring
____ Mental health testing/treatment              (   ) with work release
____ Mandatory drug testing is waived
Other: _____

**Monetary penalties:**
$ __100.00__   Assessment       $ __0__   Fine
$ _____   Restitution Ordered pursuant to the Restitution Judgment entered and filed in open court.

**Recommendations to BOP:**
____ Court rec. that the dft be incarcerated in a facility where he/she can receive drug treatment.
____ Court rec. that the dft be allowed to participate in the 500 hour drug treatment program
____ Court rec. that the dft be incarcerated: _____

Defendant:   ✔   Remanded   ____ To voluntarily surrender once space is available.