IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA:

V.                                                          Criminal No. 1:10CR00502-001

ALEJANDRO HERNANDEZ       :

### NOTICE OF APPEAL

ALEJANDRO HERNANDEZ, by and through counsel, hereby notes his appeal as to his conviction after trial and his sentencing to the United States Court of Appeals. The undersigned was retained for purposes of sentencing and Mr. Hernandez has not been able to afford to retain counsel for the appeal. Accordingly, we are asking that new counsel be appointed for purposes of the appeal.

                                      LUIS SOTO
                                      BY COUNSEL

____/s_____
Frank Salvato
1203 Duke Street
Alexandria, Virginia 22314
703-548-5000
Bar No. 30453
Frank@Salvatolaw.com

Certificate

  I hereby certify that I have filed, on June 21, 2010, this pleading the clerk's Electronic filing system which will then send a notice of such filing to the Office of the United States Attorney for the Eastern District of Virginia.


\_\_\_\_/s_____
Frank Salvato
1203 Duke Street
Alexandria, Virginia 22314
703-548-5000
Bar No. 30453
Frank@Salvatolaw.com